IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TYRONE WILLIAMS

v.                                                          CIVIL ACTION

PENNSYLVANIA BOARD OF
PROBATION AND PAROLE, et al.                                07-3158

## ORDER

AND NOW, this 1 day of December, 2008, upon consideration of the Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 and respondent's opposition thereto, and after review of the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Petition for Writ of Habeas Corpus is DENIED and DISMISSED;

3. A certificate of appealability should not issue since, for the reasons set forth in the Report and Recommendation, Williams has not made the requisite showing of the denial of a constitutional right and has failed to show that a reasonable jurist could conclude that the Court is incorrect in denying and dismissing the petition.

BY THE COURT:

RONALD L. BUCKWALTER, J.